**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 279 MAL 2023

       Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                           :

                                    :

CLARENCE HENRY HART,           :

                                    :

          Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 19th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.